UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-01525-RGK-MAA | Date | June 9, 2022 |
|---|---|---|---|
| Title | *San Antonio Winery, Inc. v. Boutique Du Chateau De Cayx, et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Patricia Gomez | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order Dismissing Case

The Court is in review of Plaintiff's Status Report. (ECF No. 12.) Plaintiff's Complaint was filed on March 7, 2022, making their deadline to serve under Federal Rule of Civil Procedure ("Rule") 4 June 6, 2022. The Status Report, filed on the service deadline, states that Plaintiff has yet to serve Defendant. This is because the parties were engaged in settlement negotiations for two months. Those negotiations broke down, and Plaintiff "has started service under the Hague." (*Id.* ¶ 5.) In light of this, Plaintiff requests an extension of time to serve.

Pursuant to Rule 4(m), a court must dismiss the action without prejudice if a plaintiff has failed to serve a defendant within 90 days of the filing of the complaint. If the plaintiff demonstrates good cause for the failure, however, the court "must extend the time for service for an appropriate period." *Id.* Plaintiff has failed to demonstrate the requisite good cause for an extension. The Court understands that service under the Hague Convention typically takes longer than service within the United States. But it is unclear to the Court why Plaintiff waited until immediately before its service deadline to begin the Hague Convention process. Plaintiff does not explain why it failed to initiate service during the months-long settlement negotiation process, rather than waiting until the process broke down on the eve of the service deadline.

With no good cause shown, the Court **DISMISSES** the action without prejudice for failure to timely serve.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | PG |